1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| OMAR G. SCARBOROUGH and GAY E. SCARBOROUGH, Trustees of The Scarborough Family Trust, dated 1/5/07, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BERTHEL FISHER & COMPANY FINANCIAL SERVICES, INC., an Iowa corporation, GENEVA EXCHANGE, INC., a Minnesota corporation; GENEVA EXCHANGE, LLC, a Minnesota limited liability company; DUANE H. LUND, an individual; and DOES 1-10,<br><br>Defendants. | Case No. 2:10-cv-05491-JHN -MANx<br><br>JUDGMENT |

This action came on for hearing before the Court on January 31, 2011, on the motions of Defendants Berthel Fisher & Company Financial Services, Inc., Geneva Exchange, Inc., Geneva Exchange, LLC, and Duane H. Lund (collectively, the "Defendants") to dismiss the First Amended Class Action Complaint for Damages of Plaintiffs Omar G. Scarborough and Gay E. Scarborough ("Plaintiffs").

The evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS HEREBY ORDERED AND ADJUDGED that Defendants' respective Motions to Dismiss are GRANTED.  Plaintiffs' First Amended Complaint is DISMISSED in its entirety with prejudice.

DATED: March 23, 2011

_____
Honorable Jacqueline H. Nguyen
UNITED STATES DISTRICT COURT